PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Juan Polanco**                              Docket No. **08-CR-80-03**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Anthony Desjardins** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Juan Polanco**, who was placed under pretrial release supervision by the **Honorable Mark Falk** sitting in the Court at Newark, New Jersey, on January 4, 2008 via a $300,000 Appearance Bond secured by four properties approved by Pretrial Services with the following conditions:

1. Pretrial Services supervision
2. Jennifer Gonzalez (Girlfriend) is to act as Third Party Custodian
3. Maintain residence at 124 Union Ave., #8, Belleville, New Jersey 07109
4. Surrender passport/make no new applications for travel documents
5. Travel restricted to New Jersey or as approved by Pretrial Services
6. Drug testing and treatment as deemed necessary by Pretrial Services
7. 24 hour house arrest with electronic monitoring

Notably, the electronic monitoring condition was ordered removed by Your Honor on May 2, 2008.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **mental health testing and treatment as deemed appropriate by Pretrial Services**.

ORDER OF COURT

Considered and ordered this _3rd_ _____ day of _Oct_ _____, _08_ ___ and ordered filed and made a part of the records in the above case.

_____
Honorable Stanley R. Chesler
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed
on        _____

_____
Anthony Desjardins
U.S. Pretrial Services Officer