LAFORGE AND LAFORGE, ESQS.,LLC.
160 Market Street, Suite 5
Saddle Brook, New Jersey  07663
(201) 556-1616
Attorney for Defendant

| | |
|---|---|
| UNITED STATES | : UNITED STATES DISTRICT COURT |
| | : DISTRICT OF NEW JERSEY |
| vs. | : |
| | : DOCKET No. 08-00080 |
| JUAN POLANCO, | : |
| | : <u>CONSENT ORDER</u> |
| Defendant. | : |

THIS MATTER having been opened to the Court upon the application of Curtis J. LaForge, attorney for the Defendant, with the consent of the Assistant U.S. Attorney, (Andrew Carey, Esq., appearing), and upon pleadings submitted and argument of counsel, there being good cause having been shown;

WHEREFORE, IT IS ON this _____ day of _____,2010;

ORDERED that the Defendant's Juan Polanco is permitted to work Monday through Saturday from 8:00 a.m. until 8:00 p.m.

IT IS FURTHER ORDERED that during above working hours Juan Polanco can travel outside the State of New Jersey, but NOT outside of the United States.

STANLEY R. CHESLER, U.S.M.J.

We hereby consent to the form and entry
of the foregoing:

_____   DATED:
ANDREW CAREY, A.U.S.A.


_____   DATED: March 1, 2010
CURTIS J. LAFORGE, ESQ.
ATTORNEY FOR DEFENDANT