PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** POLANCO, Juan  **Docket Number:** 08-00080-003
**PACTS Number:** 50299

**Name of Sentencing Judicial Officer:** Honorable Stanley R. Chesler, U.S.D.J.

**Date of Original Sentence:** 08/12/2009

**Original Offense:** Conspiracy to Import Cocaine

**Original Sentence:** 5 years probation. Special Conditions: 1) 12 months home confinement with electric monitoring; 2) financial disclosure; 3) mental health treatment; and 4) DNA collection.

**Type of Supervision:** Probation  **Date Supervision Commenced:** 08/12/2009

**Assistant U.S. Attorney:** David Foster, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Curtis T. LaForge (Retained), 160 Market Street, Suite 5, Saddle Brook, New Jersey 07663 (201) 556-1616

## PETITIONING THE COURT

[X] To issue a warrant to act as a detainer
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On January 26, 2011, Polanco was arrested by federal agents of the Drug Enforcement Administration (DEA) and charged with multiple drug-related offenses. The case is pending disposition within U.S. District Court - District of New Jersey. |

PROB 12C - Page 2
Juan Polanco

2     The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

The offender failed to notify the undersigned Probation Officer about the arrest detailed in Violation #1. Likewise, no family member of his contacted Our Office on his behalf.

3     The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Polanco failed to submit the September 2010 monthly written report within the allotted time period. Additionally, all monthly reports were incomplete as *Part C - Vehicle Information* was omitted. A search revealed he owns a 2001 Jeep Grand Cherokee and a 2007 GMC Yukon.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio, USPO

Date: 02/10/2011

THE COURT ORDERS:

[✓] The Issuance of a Warrant to Act as a Detainer and Bail Revoked.
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

2/15/11
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

THOMAS C. MILLER
DEPUTY CHIEF PROBATION OFFICER

February 10, 2011

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Stanley R. Chesler
U.S. District Court Judge
Martin Luther King Jr. Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey 07102

RE: POLANCO, Juan
Dkt. No. 08-00080-003
<u>Request for Violation of Supervised Release Hearing & Issuance of a Warrant</u>

Dear Judge Chesler:

On August 12, 2009, Juan Polanco was sentenced by Your Honor to a five-year probation term for the offense of Conspiracy to Import Cocaine. The offender was also ordered to pay a $100 special assessment, and abide by the following special conditions: 1) 12 months home confinement with electric monitoring; 2) financial disclosure; 3) mental health treatment; and 4) DNA collection. His term of supervision commenced on this date.

The purpose of this letter is to report Polanco's noncompliance with the conditions of his supervision and request a warrant be issued. Most notably, the offender incurred a new arrest since the commencement of supervision. On January 26, 2011, he was arrested by federal agents of the Drug Enforcement Administration (DEA) and charged with multiple drug-related offenses. The case is pending disposition within U.S. District Court - District of New Jersey. In addition, Polanco failed to comply with multiple standard conditions of supervision.

In view of the cited instances of noncompliance, it is respectfully recommended that a warrant be issued and lodged as a detainer so that Polanco can be brought before The Court to answer these charges and show cause why he should not be considered in violation of his probation. If Your Honor concurs with our recommendation, please sign the enclosed *Probation Form 12-C*. This will be filed as a detainer. If Your Honor requests an alternative course of action, please advise.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

*Joseph Empirio*

JOSEPH EMPIRIO, U.S.P.O.

/jae
Enclosure(s)