UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler, U.S.D.J. |
| v. | : | Crim. No. 08-0080 (SRC) |
| JUAN POLANCO | : | ORDER |

This matter having been opened to the Court by the United States (Paul Fishman, United States Attorney, by David Foster, Assistant U.S. Attorney, appearing), for an Order revoking the previously imposed term of probation for defendant Juan Polanco, (Curtis LaForge esq., appearing), and for good and sufficient cause shown,

WHEREFORE, it is on this 18th day of March, 2011:

IT IS THE FINDING OF THIS COURT that a revocation of probation hearing shall be held on June 2, 2011

ORDERED that until the revocation of probation hearing on June 2, 2011 the defendant Juan Polanco's bail conditions shall be set as follows

1. Defendant shall be confined to the home located at 127 Parker street, 1st floor, Newark, New Jersey 07104.

2. Defendant shall only be allowed to leave the home for attorney visits, doctor visits, religious obligations and any other reason approved by probation.

3. Defendant shall be placed on electronic monitoring.

4. Defendant shall not travel outside of the state of New Jersey without approval from probation.

5. Defendant shall submit to drug testing as required by probation.

_____
STANLEY R. CHESLER
UNITED STATES DISTRICT COURT JUDGE


_____
JUAN POLANCO